WADDELL v. SHAW, EXECUTOR OF SHAW, DECEASED.

A bond for money, vouched by two witnesses, counting in the condition upon a certain mortgage deed of land, given as collateral security for the same debt, is not appealable.

ACTION of debt on bond, for £2,000 given by the deceased, Joseph Phelps, and Asahel Strong, with this condition:— " That whereas, in consideration of £1,000 current money of the province of New York, the above bounden Joseph Phelps hath, by deed of mortgage, of even date herewith, conveyed to the abovesaid Waddell, one certain tract of land, lying in Hebron, containing about twelve hundred acres, as in said deed is described.— Now, if the above bounden Joseph

Phelps, Asahel Strong, or Nathaniel Shaw, or either of them, their heirs, etc. shall pay to said Waddell, his heirs, etc. the full sum of £1,000 current money of the province of New York, with the lawful interest, at or before, etc. then to be void," etc. Which bond was vouched by two witnesses.— Judgment was rendered for by the plaintiff, by the Court of Common Pleas, and the cause came up by appeal.

Mr. Chandler and Mr. Coit, took exception to the legality of the appeal, on this ground — That the bond on which the action was brought, was given for the payment of money only, and well vouched by two witnesses; — therefore, no appeal is allowed by the statute.

Mr. Wait and Mr. Parsons, for the defendant, contended— That from the condition, there appeared to be a mortgage deed of even date with the bond, given by one of the obligors, as a collateral security for the same debt; and that the deed and bond have mutual relation to each other: For on payment of the sum of the bond, or condition of the deed, the title revests in the mortgagor;— therefore, the title of lands are materially connected with the determination of this action; and consequently the bond is not for money only, within the true intent and meaning of the law.

By the COURT. The appeal doth not lie.— The bond is for the payment of money only, notwithstanding what is said in the condition respecting a deed of mortgage, given as collateral security for the same debt; for the payment of £1,000 New York currency, is the only thing in the condition to be performed, in discharge of the obligation.

DYER, J., dissenting. In the condition of the bond, there is a reference to a mortgage deed of a large tract of

land, depending on the performance, or nonperformance, of said condition. If the condition is not performed, the land becomes forfeit to the obligee, and is legally vested in him, and if the obligor avails himself of it, will extinguish the bond; and the obligor, in that case, will not be obliged or enforced to pay any part thereof, but the land will be esteemed a satisfaction;— therefore, the bond is not for money only.